# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 17-10506-JKF

JEFFREY A. RAHM

325 Nicholas Lane

Collegeville, PA 19426

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    JEFFREY A. RAHM

    325 Nicholas Lane

    Collegeville, PA 19426

**Counsel for debtor(s), by electronic notice only.**
    JAMES V MONAGHAN
    25 W AIRY ST

    NORRISTOWN, PA 19401-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                    /s/ William C. Miller

Date: 5/2/2017

                    _____
                    William C. Miller, Esquire
                    Chapter 13 Standing Trustee