IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  JEFFREY A. RAHM          :   CHAPTER 13
                                 :   NO.  17-10506

**PRAECIPE TO VOLUNTARILY DISMISS CHAPTER 13
CASE PURSUANT TO 11 U.S.C. 1307(b)**

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT OF THE EASTERN DISTRICT OF PENNSYLVANIA:

Debtor, Jeffrey A. Rahm, by counsel, respectfully represents:

1. This case was filed as a Chapter 13 on January 24, 2017.

2. The case has not been previously converted.

3. Debtor filed this Chapter 13 case to cure mortgage defaults and save his primary residence.  However, Debtor now has the ability to bring all of his debts current.

4. Debtor consulted with counsel and agreed to have the case dismissed.

5. The Debtor desires to deal with his creditors outside of bankruptcy protection.

6. Section 1307(b) of the Bankruptcy Code states that the Debtor has a right at any time to request a dismissal, and upon such request the case shall be dismissed.

WHEREFORE, the Debtor requests that his Chapter 13 case be dismissed without prejudice.

Respectfully submitted,

/s/ James V. Monaghan
JAMES V. MONAGHAN
Attorney for Debtor
25 West Airy Street
Norristown, PA  19401
(610) 275-5800

DATED: July 26, 2017