IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  JEFFREY A. RAHM        :  CHAPTER 13
                               :  NO.  17-10506

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, this        day of              , 2017, the above-referenced matter is dismissed without prejudice.

BY THE COURT:

_____
J.