United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-10506-jkf
Jeffrey A. Rahm                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett        Page 1 of 1           Date Rcvd: Jul 27, 2017
                            Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2017.
db            +Jeffrey A. Rahm,    325 Nicholas Lane,    Collegeville, PA 19426-1953

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2017 at the address(es) listed below:
              JAMES RANDOLPH WOOD    on behalf of Creditor    Perkiomen Valley School District
               jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
              JAMES V. MONAGHAN    on behalf of Debtor Jeffrey A. Rahm jmonaghan@norristownlegal.com,
               lroney@norristownlegal.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    NEWLANDS ASSET HOLDING TRUST
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                            TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Jeffrey A. Rahm,** | : | Chapter 13 |
| | : | |
| Debtor. | : | Case No. 17-10506 (JKF) |
| _____ | | |

## ORDER REQUIRING DEBTOR TO FILE A MOTION TO
## VOLUNTARILY DISMISS CHAPTER 13 CASE

This 27th day of July, 2017, upon consideration of the Debtor's praecipe for a voluntary dismissal of his/her Chapter 13 bankruptcy case (the "Praecipe," doc. no. 31);

**AND** a debtor's request for a voluntary dismissal of a Chapter 13 bankruptcy case being governed by 11 U.S.C. § 1307(b);

**AND** Federal Rules of Bankruptcy Procedure 1017(f)(2) and 9013 as well as Local Bankruptcy Rules 1017-2(a) and 9014-2 being applicable to requests made pursuant to § 1307(b);

**AND** the aforementioned procedural rules requiring a debtor seeking a dismissal under § 1307(b) to: (1) file a motion requesting such relief; and (2) serve the motion on the "trustee and the United States Trustee," see Local Bankruptcy Rule 1017-2(a);

**AND** the Praecipe not satisfying the procedural requirements for requesting a voluntary dismissal under § 1307(b);

It is hereby **ORDERED** and **DECREED** that the Praecipe is **DENIED**. In the event Debtor seeks a voluntary dismissal pursuant to § 1307(b), he/she must comply with the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for requesting such relief.

_____
HONORABLE JEAN K. FITZSIMON
United States Bankruptcy Judge

2