# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 17-10506-JKF

JEFFREY A. RAHM

325 Nicholas Lane

Collegeville, PA 19426

        Debtor

## CERTIFICATE OF SERVICE

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

JEFFREY A. RAHM

325 Nicholas Lane

Collegeville, PA 19426

Counsel for debtor(s), by electronic notice only.

JAMES V MONAGHAN
25 W AIRY ST

NORRISTOWN, PA 19401-

                    /S/ William C. Miller

Date: 7/31/2017

                    _____

                    William C. Miller, Esquire
                    Chapter 13 Standing Trustee