United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 17-10506-mdc
Jeffrey A. Rahm                                                 Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2          Date Rcvd: Oct 04, 2017
                             Form ID: pdf900          Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2017.
db            +Jeffrey A. Rahm,    325 Nicholas Lane,    Collegeville, PA 19426-1953
13879514       Berkheimer Assoc-Agt PerkiomenValleySDTrappeBoro,    c/o David R. Gordon, Esq.,    1883 Jory Road,
               Pen Argyl, PA 18072
13863926       Berkheimer Tax,    P.O. Box 25153,    Lehigh Valley, PA  18002-5153
13863927      +Capital One,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
13863928      +Cardiology Consultants,    207 North Broad Street,    3rd Floor,    Philadelphia, PA 19107-1500
13863929      +Diamond Credit Union,    1600 Medical Drive,    Pottstown, PA 19464-3242
13863930       Einstein,    c/o 30 Washington Avenue,    Suite C6,    Haddonfield, NJ  08033-3341
13863931      +Gretchen Lawson,    P.O. Box 26745,    Collegeville, PA 19426-0745
13855690      +JP Morgan Chase Bank,    3415 Vision Drive,    Columbus, OH 43219-6009
13868222      +M&T Bank,    PO Box 1508,    Buffalo, NY 14240-1508
13863934       Main Line Orthopaedics,    101 South Bryn Mawr Avenue,    Suite 200,
               Philadelphia, PA  19101-3123
13894779      +Perkiomen Valley School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
               Norristown, PA 19404-3020
13863935      +Portnoff Law Associates,    2700 Horizon Drive,    Suite 100,    King of Prussia, PA 19406-2726
13936584      +RoundPoint Mortgage Servicing Corporation,    5016 Parkway Plaza Blvd, Suite 200,
               Charlotte, NC 28217-1930
13863937       Target,    c/o ERC,    P.O. Box 23870,    Jacksonville, FL  32241-3870

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Oct 05 2017 01:27:58    City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 05 2017 01:27:30
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 05 2017 01:27:41    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Oct 05 2017 01:23:24    Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13863932       E-mail/Text: cio.bncmail@irs.gov Oct 05 2017 01:27:11    IRS,    Kansas City, MO  64999-0010
13863933       E-mail/Text: camanagement@mtb.com Oct 05 2017 01:27:15    M&T Bank,    P.O. Box 64679,
               Baltimore, MD  21264-4679
13869943      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 05 2017 01:29:29
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13863936       E-mail/Text: bankruptcynotices@dcicollect.com Oct 05 2017 01:27:59    Sprint,
               c/o Diversified Consultant,    P.O. Box 551268,    Jacksonville, FL  32255-1268
                                                                                    TOTAL: 8

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Perkiomen Valley School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
               Norristown, PA 19404-3020
                                                                        TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2017 at the address(es) listed below:
              JAMES RANDOLPH WOOD    on behalf of Creditor    Perkiomen Valley School District
              jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
              JAMES V. MONAGHAN    on behalf of Debtor Jeffrey A. Rahm  jmonaghan@norristownlegal.com,
              lroney@norristownlegal.com

District/off: 0313-2          User: Antoinett          Page 2 of 2          Date Rcvd: Oct 04, 2017
                             Form ID: pdf900          Total Noticed: 23

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          MATTEO SAMUEL WEINER     on behalf of Creditor    NEWLANDS ASSET HOLDING TRUST
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                        TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JEFFREY A. RAHM                          Chapter 13


                    Debtor          Bankruptcy No. 17-10506-JKF


### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____29_____ day of _____September_____, 201_7 upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.


_____
                    Jean K. FitzSimon
                    Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JAMES V MONAGHAN
25 W AIRY ST

NORRISTOWN, PA 19401-


Debtor:
JEFFREY A. RAHM

325 Nicholas Lane

Collegeville, PA 19426